USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/23/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRIGIDO MERINO LEON, MAXIMO MARTINEZ RAMIREZ, AND RICARDO RAMIREZ HERNANDEZ, *individually and on behalf of others similarly situated*,

Plaintiffs,

v.

UNIV 45 FRUIT & VEGETABLE *doing business as* EPICUREAN MARKET, 45 UNIVERSITY PLACE CORP. *doing business as* EPICUREAN MARKET, JAMES CHO, AND SOOK J. MIN,

Defendants.

No. 19-CV-8266 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

According to the Final Report of Mediator #1 filed on the docket, the court-ordered mediation in this case was held and agreement was reached on all issues. No later than January 30, 2020, the parties shall jointly file a letter updating the Court as to the status of this case.

SO ORDERED.

Dated: January 23, 2020
New York, New York

Ronnie Abrams
United States District Judge